[No. 37618-7-I.    Division One.    December 8, 1997.]

*In the Matter of the Estate of* K. WILLIAM EDMARK.

TOMIMA L. EDMARK, ET AL., *Respondents*, v. BARRY KITTOE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-4-01705-2, John M. Darrah, J., entered September 8, October 9, and November 1, 1995. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Agid, J.

[Nos. 37640-3-I; 37989-5-I.    Division One.    December 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANA LA GRANDE RICE, *Appellant*.

*In the Matter of the Personal Restraint of* DANA L. RICE, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06687-7, Patricia Aitken and James A. Noe, JJ., entered October 27, 1995, together with a petition for release from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Grosse, J., concurred in by Agid and Ellington, JJ.

[Nos. 38066-4-I; 38588-7-I.    Division One.    December 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY J. CRANE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE DODGEN, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 95-1-00593-9 and 95-1-00594-7, Anita Louise Faris and David F. Hulbert, J., entered January 12, 1996. *Reversed* by unpublished opinion per Webster, J., concurred in by Becker and Cox, JJ.